```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 28905
    KEITH GERALD FLATNESS
    DEBRA LOUISE FLATNESS                       CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-4854     SSN XXX-XX-1246
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/04/04 and confirmed on 10/12/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  27777.60 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIFINANCIAL | SECURED | 2400.00 | 191.96 | 2400.00 |
| GRUNDY BANK | SECURED | 5570.00 | 441.78 | 5570.00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 422.38 | 7.95 | 422.38 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | 1333.83 | .00 | 426.63 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1302.62 | .00 | 416.65 |
| CAPITAL ONE FINANCIAL | UNSECURED | 505.69 | .00 | 161.75 |
| CAPITAL ONE FINANCIAL | UNSECURED | 6752.59 | .00 | 2159.86 |
| CAPITAL ONE FINANCIAL | UNSECURED | 3142.05 | .00 | 1005.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1567.18 | .00 | 501.27 |
| DISCOVER BANK | UNSECURED | 7935.20 | .00 | 2538.12 |
| FLEET | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9949.98 | .00 | 3182.56 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 85.56 | .00 | 27.37 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | 7720.01 | .00 | 2469.29 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GRUNDY BANK | UNSECURED | 4114.44 | .00 | 1316.03 |
| ILLINOIS DEPT REVENUE | UNSECURED | 114.00 | .00 | 36.46 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7970.00 | 422.38 | 44523.15 | .00 | 52915.53 |

```
PRINCIPAL PAID            7970.00        422.38       14240.99             .00      22633.37
INTEREST PAID              633.74          7.95            .00             .00        641.69
TOTAL PAID                8603.74        430.33       14240.99             .00      23275.06
```

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   2700.00
and was paid $    100.00  direct and $   2600.00  through the plan.

The Trustee received $   1124.94 .

Refunds to the Debtor totaled $    777.60 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 12/14/07                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE